# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2006

130196

THE GREATER BIBLE WAY TEMPLE OF
JACKSON,
        Plaintiff-Appellee,

v

CITY OF JACKSON, JACKSON PLANNING
COMMISSION, and JACKSON CITY COUNCIL,
        Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130196
COA: 255966
Jackson CC: 01-003614-AS

On order of the Court, the application for leave to appeal the November 10, 2005 judgment of the Court of Appeals is considered, and it is GRANTED. We further ORDER that this case be argued and submitted to the Court together with the case of *The Greater Bible Way Temple of Jackson v City of Jackson* (No. 130194), at such future session of the Court as both cases are ready for submission.

Other persons or groups interested in the determination of the questions presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2006                     _____

t0427                                     Clerk